UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

                    Plaintiff,

– against –

THE NEW YORK PERFORMING ARTS ACADEMY, INC.,

                    Defendant.

**ORDER**

23-cv-8120 (ER)

Ramos, D.J.:

    Defendant's request for additional time to respond to the complaint (Doc. 9) is GRANTED. Defendant is directed to respond by December 11, 2023.

    The Court cautions, however, that, corporate defendants may not proceed without counsel. Defendant's failure to have counsel enter an appearance risks entry of default judgment against it.

    It is SO ORDERED.

Dated:   October 12, 2023
            New York, New York

                                        Edgardo Ramos, U.S.D.J.