



2023 DEC -7 PM 1:10

**MEMO ENDORSED**

December 7, 2023

**Request for Second Adjournment to File Bankruptcy Reorganization**
**1:23-cv-08120**

Dear Honorable Edgardo Ramos:

The New York Performing Arts Academy, a New York State Not-for-Profit Organization, is writing to respectfully request a second adjournment to file bankruptcy reorganization under Chapter 11 of the Bankruptcy Code. The Board of Directors unanimously agreed on November 30, 2023 that the organization is currently facing significant financial challenges and we believe that bankruptcy reorganization is the best course of action to preserve the organizations mission and continue servicing the community.

We have notified opposing counsel on December 5, 2023 that we will be filing our bankruptcy petition and notifying the court accordingly.

We respectfully request that the court grant us an extension to file our bankruptcy petition. The organization will be closed for the holidays until the 20th of January, 2024. This additional time will allow us to finalize our reorganization plan and ensure that we are fully prepared to enter the bankruptcy process.

Thank you for your time and consideration. We appreciate your understanding as we work to preserve our organization's mission.

Sincerely,

John Stepanian
Executive Director

> Defendant's time to respond to the complaint is extended to February 1, 2024.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 11, 2023
> New York, New York

1441 Broadway #3085   New York, New York 10018   212-457-4060