UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

               Plaintiff,

– against –

THE NEW YORK PERFORMING ARTS ACADEMY, INC.,

               Defendant.

**ORDER**

23-cv-8120 (ER)

Ramos, D.J.:

      The instant case was filed on September 14, 2023. Doc. 1. Defendant was served on September 20, 2023, and its answer was originally due October 11, 2023. Doc. 8. The Court granted multiple requests to extend Defendant's time to respond, after which Defendant's deadline to respond was set for February 1, 2024. Doc. 12. Defendant failed to respond, and Plaintiff obtained a clerk's certificate of default on February 16, 2024. Doc. 15. Plaintiff has not since moved for default judgment, however, nor taken any other action in the case.

      The Court directs Plaintiff to file a status update by May 31, 2024 as to whether it intends to move for default judgment.

      It is SO ORDERED.

Dated:   May 10, 2024
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.