IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-08120-ER

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

v.

THE NEW YORK PERFORMING ARTS
ACADEMY, INC.,

    Defendant.

## **STATUS UPDATE**

Plaintiff Michael Grecco Productions, Inc. ("Plaintiff"), pursuant to the Court's May 10, 2024 Order [D.E. 16], hereby provides this update to the Court regarding the case status for the above-captioned matter. Plaintiff intends to file a Motion for Final Default Judgment by June 21, 2024. A proposed order granting Plaintiff until June 21, 2024 to file its Motion for Final Default Judgment is attached hereto as **Exhibit "A".**

| | |
|---|---|
| Dated: May 31, 2024. | Respectfully submitted, |
| | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com |
| | By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.