IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-08120-ER

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

v.

THE NEW YORK PERFORMING ARTS ACADEMY, INC,

    Defendant.

---

**[~~PROPOSED~~] ORDER**

**THIS CAUSE** is before the Court upon plaintiff Michael Grecco Productions, Inc.'s Status Update (the "Status Update") [D.E. 17]. The Court has considered the Status Update. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff shall file a Motion for Default Final Judgment by June 21, 2024.

**IT IS SO ORDERED.**

Dated: 06/03/2024

                                                JUDGE EDGARDO RAMOS
                                                United States District Judge