IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

v.

THE NEW YORK PERFORMING ARTS
ACADEMY, INC.,

    Defendant.

Case No. 1:23-cv-08120-ER

## ORDER TO SHOW CAUSE
## FOR DEFAULT JUDGMENT

Upon the declaration of Daniel DeSouza dated December 16, 2024, the exhibits annexed thereto, the accompanying *Renewed* Motion for Default Final Judgment and Memorandum of Law, the Complaint and all of the relevant papers and pleadings on file with the Court in this matter, it is:

**ORDERED**, that the above-named defendant, The New York Performing Arts Academy, Inc. ("Defendant"), show cause before this Court, in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY 10007, on **January 31, 2025 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(a)) and (b)(2) of the Federal Rules of Civil Procedure for entry of default judgment against Defendants; and

**IT IS FURTHER ORDERED** that service by Federal Express or Express Mail of a copy of this order, together with the papers upon which it is granted, be served upon the Defendants on or before **January 6, 2025 by 5 o'clock in the afternoon** and that such service be deemed good and sufficient.

**IT IS FURTHER ORDERED** that opposing papers, if any, shall be filed with the Court and served on Plaintiff's counsel on or before **January 17, 2025**. Plaintiff shall file any reply papers on or before **January 24, 2025**.

**Dated:**  December 30, 2025

                                                                                     _____
                                                                                        Edgardo Ramos, U.S.D.J.