

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E christine@copycatlegal.com

January 7, 2025

**VIA ECF**

Judge Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**RE:   Michael Grecco Productions, Inc. v. The New York Performing Arts Academy, Inc., Case No. 1:23-cv-08120-ER**

Dear Judge Ramos:

This firm represents plaintiff Michael Grecco Productions, Inc. ("Plaintiff") in the above-referenced action. I write regarding the Court's December 30, 2024 Order to Show Cause for Default Judgment [D.E. 25], which sets a January 31, 2025, in-person hearing on Plaintiff's Motion for Default Judgment [D.E. 21] against defendant The New York Performing Arts Academy, Inc. ("Defendant"). I am writing to request that the Court allow undersigned counsel to attend the hearing remotely (via Zoom, telephone, or some other means) if the Court would allow such.

On January 31, 2025, Daniel DeSouza, Esq. will be on a pre-planned vacation and will be unable to attend. As I have made an appearance in this case, I am able to attend the hearing remotely if the Court will allow. I am a new mother and am unable to travel at this time.

Given that Defendant has been nonresponsive and because my office is in South Florida, I am requesting that the Court allow me to attend the default judgment hearing via remote means.

Very truly yours,

Christine Zaffarano, Esq.

---

The application is granted.  Counsel for Plaintiff may appear remotely, and is instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number.  Counsel is further instructed to join the call five (5) minutes prior to the conference's start time.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/13/2025
New York, New York